UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN MAZARKI, : | |
| Plaintiff : | CIVIL ACTION NO. 3:16-1885 |
| v. : | JUDGE MANNION |
| BRIGHT HORIZONS CHILDREN'S : CENTERS LLC, d/b/a HILDERBRANT LEARNING : CENTERS LLC, | |
| : | |
| Defendant | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment, **(Doc. 33)**, is **GRANTED**.

**(2)** Judgment is entered in favor of the defendant and against the plaintiff regarding her age discrimination claims under the ADEA and the PHRA.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: June 29, 2018

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1885-01-ORDER.wpd